## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NSC WHOLESALE HOLDINGS LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12394 (CSS)<br><br>Jointly Administered |
| NSC LIQUIDATING TRUST, by and through Edward P. Bond as Liquidating Trustee,<br><br>Plaintiff.<br><br>v.<br><br>Defendants Listed on Schedule 1,<br><br>Defendants. | Adv. Proc. No.: **See Schedule 1** |

## NOTICE OF FILING OF PROPOSED SCHEDULING ORDER

**PLEASE TAKE NOTICE** that on October 14, 2020, Edward P. Bond, in his capacity as trustee ("**Trustee**") of the NSC Liquidating Trust (the "**Trust**") initiated the above-captioned adversary proceedings (the "**Adversary Proceedings**") against each of the Defendants set forth on Schedule 1.

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference is set forth to take place on **January 19, 2021 at 10:00 a.m.** (prevailing Eastern Standard Time) in the United States Bankruptcy Court for the District of Delaware (the **"Pre-Trial Conference"**).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660).

1

2865429.1 099998-00014

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby files the proposed Scheduling Order, attached hereto as **Exhibit "A"**, and intends to request entry of the Scheduling Order in each of the Adversary Proceedings at the Pre-Trial Conference.

| | |
|---|---|
| Dated: November 30, 2020<br>Wilmington, Delaware | **GIBBONS P.C.**<br><br>By: /s/ *Howard A. Cohen*<br>Natasha M. Songonuga (DE 5391)<br>Howard A. Cohen (DE 4082)<br>300 Delaware Ave., Suite 1015<br>Wilmington, DE 19801-1671<br>Telephone: (302) 518-6300<br>Facsimile: (302) 429-6294<br>Email: nsongonuga@gibbonslaw.com<br>         hcohen@gibbonslaw.com<br><br>         -and-<br><br>Robert K. Malone<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>Email: rmalone@gibbonslaw.com<br><br>*Counsel for the Liquidating Trustee* |

# **SCHEDULE 1**

| DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|
| Amalgamated Local 208 AFL-CIO | 20-50859-CSS |
| My Sales LLC | 20-50860-CSS |
| Almost Nothing Inc. | 20-50861-CSS |
| American Express Company | 20-50862-CSS |
| Panties Plus Inc. | 20-50863-CSS |
| American Trading House, Inc. | 20-50864-CSS |
| Comet Customs Brokers, Inc. | 20-50865-CSS |
| Bag Arts LLC | 20-50866-CSS |
| Digital World Trading of NY Inc. | 20-50868-CSS |
| Ralph Friedland & Bros., Inc. | 20-50869-CSS |
| Dream Well Collection, Inc. | 20-50870-CSS |
| Briara Trading Company | 20-50871-CSS |
| S Katzman Produce Inc. | 20-50872-CSS |
| Eddie Domani, Inc. | 20-50873-CSS |
| Frankel and Frankel Inc. | 20-50874-CSS |
| Buffalo Newspress Inc. | 20-50875-CSS |
| Cosmos Furniture | 20-50876-CSS |
| Paper Plus Of Babylon, Inc. | 20-50877-CSS |
| S.I.T., Inc. | 20-50878-CSS |
| Direct Energy Business LLC | 20-50879-CSS |
| E & M Ice Cream Inc. | 20-50880-CSS |
| PMP Sales | 20-50881-CSS |
| Silverang Donohoe Rosenzweig & Haltzman LLC | 20-50882-CSS |
| Fesco Distributors, Inc. | 20-50883-CSS |
| Harvic International, Ltd. | 20-50884-CSS |
| JJ Exchange | 20-50885-CSS |
| Puglisi Egg Farms Inc. | 20-50886-CSS |
| King Zak Industries | 20-50887-CSS |
| SK Silk Flowers Inc. | 20-50888-CSS |
| Mattel Brands, a Div. of MDII | 20-50889-CSS |
| My Import USA LLC | 20-50890-CSS |
| Snyders's-Lance, Inc. | 20-50891-CSS |
| QB Trading Inc. | 20-50892-CSS |
| Sunteck Transportation, Inc. | 20-50893-CSS |
| Rugs America Corporation | 20-50894-CSS |
| Simex Trading Co. Inc. | 20-50895-CSS |
| TGL International Inc. | 20-50896-CSS |
| Goya Foods, Inc. | 20-50897-CSS |
| Ther-A-Pedic Sleep Products Inc. | 20-50898-CSS |
| Haddad International LLC | 20-50899-CSS |
| Spice N'More | 20-50900-CSS |

2865429.1 099998-00014

| DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|
| International General Trading Corporation | 20-50901-CSS |
| Tirosh International Inc. | 20-50902-CSS |
| Star Candle Company | 20-50903-CSS |
| LB International Inc. | 20-50904-CSS |
| Leon Koral Company | 20-50905-CSS |
| Liberty Coca-Cola Beverages LLC | 20-50906-CSS |
| Tri Coastal Design | 20-50907-CSS |
| MRC Creations Inc. | 20-50908-CSS |
| VCNY Home | 20-50909-CSS |
| Nines Enterprises LLC | 20-50910-CSS |
| United Cartage LLC | 20-50911-CSS |
| Voortman Cookies Ltd. | 20-50912-CSS |
| United Food Brands LLC | 20-50913-CSS |
| W.M. Brown Group, Inc. | 20-50914-CSS |
| Wholesale Harvest LLC | 20-50915-CSS |
| Wakefern Food Corporation* | 20-50917 (CSS) |
| CBA Industries, Inc.* | 20-50918 (CSS) |
| CIT Bank, N.A.* | 20-50919 (CSS) |
| Transworld International Trading Corporation* | 20-50920 (CSS) |
| New York Produce Inc.* | 20-50921 (CSS) |
| J H Reinfield Allied Beverage* | 20-50922 (CSS) |
| Citibank, N.A. * | 20-50961 (CSS) |

---

* Denotes case handled by Ashby & Geddes as conflicts counsel.